TOWN OF OYSTER BAY, Appellant, v LIZZA INDUSTRIES, INC., Respondent. (And Other Actions.)

Submitted June 3, 2013; decided June 25, 2013

Motion by County of Suffolk for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

JOSEPH O. YEBO, Appellant, v HELENE M. CUADRA, Respondent.

Submitted January 7, 2013; decided June 25, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 905 (2012)].

Judges RIVERA and ABDUS-SALAAM taking no part.